IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a/ I.B.I.D. ASSOCIATES, L.P.,** *Plaintiff* v. **COUNCILMEMBER JAMIE GAUTHIER and THE CITY OF PHILADELPHIA,** *Defendants* | Case No. 2:22-cv-00954-JDW |

## ORDER

**AND NOW**, this 17th day of March, 2022, as to Plaintiff's Motion For A Preliminary Injunction (ECF No. 2), it is **ORDERED** as follows:

1. The Parties shall serve requests for production by March 21, 2022;

2. The Parties' objections to document requests, if any, are due by April 4, 2022;

3. The Parties shall complete their document productions by April 22, 2022;

4. The Parties shall complete all depositions by May 5, 2022;

5. No later than 12:00 p.m. on May 10, 2022, each Party shall file a pre-hearing memorandum, setting forth: 1) the identity of each fact witness to be called with a concise statement of the nature and substance of each witness's expected testimony, 2) the identity of any expert witnesses, with a concise summary of the experts' opinions, and 3) a list of each exhibit the Party expects to offer at the hearing. The pre-hearing memoranda shall also identify any other procedural issues of which the Court should be aware before the hearing;

6. No later than 12:00 p.m. on May 11, 2022, the Parties shall submit to the Court all exhibits that the Parties intend to use at the hearing. If the Parties intend to present evidence

electronically, then the exhibits shall be submitted electronically (on a memory stick, CD, or DVD) with each exhibit as a separate file.  If the Parties do not intend to present evidence electronically, then the exhibits shall be submitted in a binder, with each exhibit separately tabbed.  Exhibits shall be consecutively numbered (*i.e.*, Ex. 1, Ex. 2, etc., rather than P-1, P-2, etc. and D-1, D-2, etc.), and the Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit.  The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the hearing and the basis for any such objection;

7. The Parties shall appear for a hearing on Plaintiff's motion for a preliminary injunction at 9:30 a.m. on May 12, 2022 in Courtroom 3B, United States District Court, 601 Market Street, Philadelphia, PA 19106; and

8. Each Party may file a post-hearing brief, not to exceed 25 pages, on or before May 20, 2022.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.