IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a/ I.B.I.D. ASSOCIATES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> COUNCILMEMBER JAMIE GAUTHIER and THE CITY OF PHILADELPHIA, <br><br> Defendants. | Case No. 2:22-cv-00954-JDW |

**ORDER**

**AND NOW**, this 13th day of May, 2022, upon consideration of Plaintiff I.B.I.D. Associates Limited Partnership's Motion To Compel Production Of Documents In Response To Its Revised First Set Of Requests For Production Of Documents (ECF No. 19), it **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.