# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a/ I.B.I.D. ASSOCIATES, L.P.,**<br><br>*Plaintiff,*<br>v.<br><br>**COUNCILMEMBER JAMIE GAUTHIER and THE CITY OF PHILADELPHIA,**<br><br>*Defendants.* | Case No. 2:22-cv-00954-JDW |

## ORDER

**AND NOW**, this 27th day of May, 2022, for the reasons given in the accompanying Memorandum, the Plaintiff's Motion For Preliminary Injunction (ECF No. 2) is **DENIED**.

It is **FURTHER ORDERED** that because this denial renders it moot, the hearing scheduled at 9:30 a.m. on June 1, 2022, is **CANCELLED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.