**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a/ I.B.I.D. ASSOCIATES, L.P.,**<br><br>*Plaintiff*<br>v.<br><br>**COUNCILMEMBER JAMIE GAUTHIER and THE CITY OF PHILADELPHIA,**<br><br>*Defendants* | **Case No. 2:22-cv-00954-JDW** |

**ORDER**

**AND NOW**, this 22nd day of July, 2022, for the reasons given in the accompanying Memorandum, it is **ORDERED** that the Defendants' Motion To Dismiss (ECF No. 17) is **GRANTED IN PART** and **DENIED IN PART**.

All claims against Councilmember Jamie Gauthier are **DISMISSED**. In addition, Counts I, III, IV, and V against the City of Philadelphia are **DISMISSED**. The motion is otherwise **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.