**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

I.B.I.D. ASSOCIATES LIMITED                                    :
PARTNERSHIP d/b/a I.B.I.D ASSOCIATES, L.P.,   :
                              Plaintiff,                       :
                                                              :
                              v.                              :            2:22-cv-00954
                                                              :
COUNCILMEMBER JAMIE GAUTHIER and    :
THE CITY OF PHILADELPHIA,                       :
                              Defendants.                     :

---

### PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK OF COURT:

     Please withdraw my appearance on behalf of Defendant, City of Philadelphia.


                        CITY OF PHILADELPHIA
                        LAW DEPARTMENT

          BY:     /s/ Amy Kirby
                        Senior Attorney
                        Attorney I.D. No.  323938
                        1515 Arch Street, 15th Floor
                        Philadelphia, PA 19102
                        Phone: (215) 683-3566
                        Fax: (215) 683-5299
                        Amy.Kirby@phila.gov

DATED:  February 17, 2023

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the date below, I served a true and correct copy of the foregoing Withdrawal of Appearance upon all counsel of record via ECF system, and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2. b.



BY:   <u>/s/ Amy Kirby</u>
      Senior Attorney


Dated: February 17, 2023