IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a I.B.I.D ASSOCIATES, L.P., Plaintiff, | : : : : | |
| v. | : : | 2:22-cv-00954-JDW |
| COUNCILMEMBER JAMIE GAUTHIER and THE CITY OF PHILADELPHIA, Defendants. | : : : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendants.

                               CITY OF PHILADELPHIA
                               LAW DEPARTMENT

BY:    */s/ Ryan B. Smith*
           Ryan B. Smith
           Assistant City Solicitor
           Attorney ID No. 324643
           1515 Arch Street, 15th Floor
           Philadelphia, PA 19102
           Phone: (215) 683-2954
           Fax: (215) 683-5299
           Ryan.Smith@phila.gov

DATED: February 17, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Entry of Appearance upon all counsel of record via notification from the Court's ECF system, and it is available for viewing and downloading from the ECF system pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

BY:   */s/ Ryan B. Smith*
Ryan B. Smith
Assistant City Solicitor

Dated: February 17, 2023