IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a/ I.B.I.D. ASSOCIATES, L.P.,**<br><br>*Plaintiff*<br>v.<br><br>**THE CITY OF PHILADELPHIA,**<br><br>*Defendant* | Case No. 2:22-cv-00954-JDW |

## ORDER

**AND NOW**, this 2nd day of March, 2023, upon consideration of the Parties' joint letter requesting a discovery extension in the above-captioned matter, it is **ORDERED** that the Parties shall complete all discovery by March 31, 2023, and motions for summary judgment, if any, shall be filed by April 21, 2023.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.