## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a I.B.I.D. ASSOCIATES, L.P.,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CITY OF PHILADELPHIA,<br><br>      Defendant. | CIVIL ACTION NO. 2:22-CV-00954 |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Michael R. McDonald, Esquire as counsel for Plaintiff in the above-captioned action.

 

*/s/ Michael R. McDonald*
Michael R. McDonald
mcdonaldm@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

Attorney for Plaintiff, I.B.I.D. Associates Limited Partnership d/b/a I.B.I.D. Associates, L.P.

Date:  March 17, 2023