IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a/ I.B.I.D. ASSOCIATES, L.P.,**<br><br>*Plaintiff*<br>v.<br><br>**THE CITY OF PHILADELPHIA,**<br><br>*Defendant* | **Case No. 2:22-cv-00954-JDW** |

## ORDER

**AND NOW**, this 3rd day of April, 2023, following a telephonic conference with the Parties, it is **ORDERED** that the deadlines in the Court's Scheduling Order dated March 2, 2023 (ECF No. 68) are **VACATED**. It is **FURTHER ORDERED** that the Clerk of Court shall place this case in **CIVIL SUSPENSE** pending further order of the Court.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.