IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **I.B.I.D. ASSOCIATES LIMITED PARTNERSHIP d/b/a/ I.B.I.D. ASSOCIATES, L.P.,**<br><br>*Plaintiff*<br>v.<br><br>**COUNCILMEMBER JAMIE GAUTHIER and THE CITY OF PHILADELPHIA,**<br><br>*Defendants* | Case No. 2:22-cv-00954-JDW |

### ORDER

**AND NOW**, this 31st day of July, 2023, it is **ORDERED** that the Clerk of Court shall remove this case from the Civil Suspense File and transfer it to the current docket for final disposition.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.